**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | | |
|---|---|---|---|
| Honorable | A. Benjamin Goldgar | Hearing Date | August 14, 2023 |
| **Bankruptcy Case** | 23 B 08222 | **Adversary No.** | |
| **Title of Case** | Empire Construction Company | | |

**Brief Statement of Motion**    Order granting oral motion of petitioning creditors to dismiss case

**Names and Addresses of moving counsel**

**Representing**

## ORDER

For the reasons stated on the record, the oral motion of the petitioning creditors to dismiss the case is granted.  The case is dismissed.